No. 728. BUNDY *v.* BUNDY. See *post*, p. 842.

No. 631. UNITED STATES EX REL. WENGER *v.* MATHUES. Jurisdictional statement submitted March 5, 1929. Decided March 11, 1929. *Per Curiam:* The appeal is dismissed on the authority of § 240 (b) and (c) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 938), for lack of jurisdiction. *Mr. Joseph Blank* for appellant. *Attorney General Mitchell* for appellee.